IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONTGOMERY INVESTMENTS, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:10-cv-408-MEF ) (WO) |
| PAVIT COMPLEX, INC., | ) ) |
| Defendant. | ) |

**O R D E R**

On October 12, 2011, this case was set for a bench trial. The parties have informed the court that they have settled all claims to this lawsuit. Accordingly, it is ORDERED that the trial of this case is CONTINUED generally. It is further ORDERED that, **on or before October 24, 2011**, the parties shall file a Joint Stipulation of Dismissal that complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), along with a Proposed Consent Judgment to be entered by the court.

DONE this 12th day of October, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE